```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187176
     300 North Los Angeles Street
     Room 7516, Federal Building
     Los Angeles, California  90012
     Telephone: (213) 894-6117
     Facsimile: (213) 894-7819
     Email: sharla.cerra@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORENA JIMENEZ, ) ) <br>     Plaintiff, ) ) <br>     v. ) ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security, ) ) <br>     Defendant. ) <br> _____) | CV 07-6235 FFM <br><br> [~~Proposed~~] **JUDGMENT** |

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(b) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///

///

///

///

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case
2 is remanded to the Commissioner of Social Security for further proceedings
3 consistent with the Stipulation for Remand and that judgment is hereby rendered
4 for the plaintiff.
5      DATE: May 8, 2008

                        /S/ FREDERICK F. MUMM
                        FREDERICK F. MUMM
                        United States Magistrate Judge